1  A. J. SHARP
    Nevada Bar No. 11457
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
    504 South Ninth Street
3  Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
    *Wal-Mart Stores, Inc.*
6

                    UNITED STATES DISTRICT COURT

                         DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA WINN, | Case No.: 2:13-cv-01342-JAD-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 4th day of November, 2013.          DATED this 4th day of November, 2013.

**HENNESS & HAIGHT**                            **PHILLIPS, SPALLAS & ANGSTADT**

_____                  _____
M. Erik Ahlander, Esq.                          A. J. Sharp, Esq.
8972 Spanish Ridge Avenue                       504 South Ninth Street
Las Vegas, Nevada 89148                         Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                       *Attorneys for Defendant*
*Joanna Winn*                                   *Wal-Mart Stores, Inc.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 5th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE