A. J. SHARP
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA WINN,<br><br>　　　　　Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-01342-JAD-PAL<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 4th day of November, 2013.   DATED this 4th day of November, 2013.

**HENNESS & HAIGHT**  **PHILLIPS, SPALLAS & ANGSTADT**

_____   _____
M. Erik Ahlander, Esq.   A. J. Sharp, Esq.
8972 Spanish Ridge Avenue   504 South Ninth Street
Las Vegas, Nevada 89148   Las Vegas, Nevada 89101
*Attorneys for Plaintiff*   *Attorneys for Defendant*
*Joanna Winn*   *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 5th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE